## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DEON LAMAR NELSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-06-473-M |
| LOUISE FOSTER, et al., | ) ) ) |
| Defendant. | ) ) |

### ORDER

On July 10, 2006, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 1983. The Magistrate Judge recommended that this matter be dismissed without prejudice on grounds that (1) the Complaint fails to state a claim upon which relief may be granted and (2) Plaintiff's claim for damages is premature. The parties were advised of their right to object to the Report and Recommendation by July 31, 2006. On July 31, 2006, Plaintiff filed his objection.[1]

Having carefully reviewed this matter *de novo*, the Court:

(1)   ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on July 10, 2006;

(2)   DENIES Plaintiff's Motion to Amend and Add Defendants [docket no. 6]; and

(3)   DISMISSES the Complaint without prejudice to refiling.

**IT IS SO ORDERED this 1st day of August, 2006.**



VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE

---

[1] In his objection, Plaintiff requests that the Court appoint counsel. Having carefully reviewed Plaintiff's request, the Court finds no cause to appoint counsel in this case.